UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

VINSON CARITHERS, III,

    Plaintiff,

v.

THE SCHOOL BOARD OF PALM BEACH
COUNTY, FLORIDA,

    Defendant.
_____/

## DEFENDANT, THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA'S, NOTICE OF REMOVAL

Defendant, THE SCHOOL BOARD OF PALM BEACH COUNTY, FLORIDA (hereinafter the "Defendant"), by and through its undersigned counsel, hereby provides notice of its removal of the above captioned case from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §1441(a) and (b), and §1446. Removal is proper for the following reasons:

    1.    This action was commenced by Vinson Carithers, III (hereinafter "Plaintiff") in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida on September 1, 2016. The case was docketed as Civil Action No. 50-2016CA009824XXXXMB/AO.

    2.    This Notice of Removal is timely, as it is filed within thirty (30) days of the date of service of the Complaint on the Defendant.

    3.    Promptly after filing this Notice of Removal, the Defendant shall give written notice of the removal to Plaintiff, by and through his designated counsel, and to the Clerk of

1

the Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida as provided in 28 U.S.C. §1446(d).

## JURISDICTION

4. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1331 in that Plaintiff's causes of action arise under 42 U.S.C. §§ 1991, 1981(a) and 1983.

## FEDERAL QUESTION JURISDICTION

5. A District Court has original jurisdiction over cases "arising under" federal law. 28 U.S.C. §1331.

6. This case is removable from state court to federal court on the basis of federal question jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1441(a) and (b).

7. The Complaint, on its face, presents federal questions. In paragraph 40, Plaintiff specifically pleads: "PALM BEACH is an employer within the meaning of 42 U.S.C. §1981 and §1983."

8. In paragraph 41, Plaintiff specifically pleads: "CARITHERS is an African-American male, subject to the protections of 42 U.S.C. §1981 and §1983."

9. In paragraph 46, Plaintiff specifically pleads: "By and through the conduct described above, PALM BEACH COUNTY permitted a pattern and practice of unlawful discrimination by allowing CARITHERS to continue to be subjected to disparate treatment and discrimination in violation of 42 U.S.C. §§1981, 1981(a) and §1983."

10. In paragraph 53, Plaintiff specifically pleads: "By and through the conduct described above, PALM BEACH COUNTY permitted a pattern and practice of unlawful discrimination by permitting CARITHERS to be subjected to continuing disparate treatment on the basis of race in violation of 42 U.S.C. §1981 and §1983."

11. In paragraph 58, Plaintiff specifically pleads: "CARITHERS requests that he be awarded damages, including general, compensatory and reasonable attorney's fees and costs of suit pursuant to 42 U.S.C. §§1981, 1981(a) and §1983."

12. In paragraph 76, Plaintiff specifically pleads: "PALM BEACH COUNTY is an employer within the meaning of 42 U.S.C. §1981 and §1983."

13. In paragraph 77, Plaintiff specifically pleads: "CARITHERS is an African-American male, subject to the protections of 42 U.S.C. §1981 and §1983."

14. In paragraph 83, Plaintiff specifically pleads: "By and through the conducted described above, PALM BEACH COUNTY permitted a pattern and practice of unlawful retaliation by allowing CARITHERS to continue to be subjected to retaliation in violation 42 U.S.C. §§1981, 1981(a) and §1983."

15. In paragraph 84, Plaintiff specifically pleads: "PALM BEACH COUNTY knew or should have known that CARITHERS was being retaliated against in violation of 42 U.S.C. §§1981, 1981(a) and §1983."

16. In paragraph 86, Plaintiff specifically pleads: "By and through the conduct described above, PALM BEACH COUNTY permitted a pattern and practice of unlawful retaliation in violation of 42 U.S.C. §1981 and §1983."

17. In paragraph 90, Plaintiff specifically pleads: "CARITHERS requests that he be awarded reasonable attorney's fees and costs of suit pursuant to 42 U.S.C. §§1981, 1981(a) and §1983."

18. The "well-pleaded" complaint" rule requires the Court to look to the essential elements of the cause of action presented on the face of the complaint to determine if federal question jurisdiction exists. See *Rivet v. Regions Bank of Louisiana*, 522 U.S. 470 (1998); *Selim v. Pan American Airways Corp.*, 254 F.Supp.2d 1316 (S.D. Fla. 2003); *Penelas v.*

*Arms Technology, Inc.*, 71 F.Supp.2d 1251 (S.D. Fla. 1999); and *Pillis v. John Hancock Mut. Life Ins.*, 837 F. Supp. 418 (M.D. Fla. 1993).

19. Plaintiff has presented substantial federal questions on the face of his Complaint. (See Complaint, Count I and Count III)

## VENUE

20. Removal to the United States District Court for the Southern District of Florida is proper because the Complaint was filed in Palm Beach County, Florida. 28 U.S.C. §1441(a).

WHEREFORE, Defendant, the School Board of Palm Beach County, Florida, gives notice that the above-described action pending against it in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida is removed to this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Counsel of Record for Plaintiff, Allison Duffie, Esquire of Scott, Wagner & Associates, P.A., Jupiter Gardens, 250 South Central Boulevard, Suite 104-A, Jupiter, FL  33458 at ADuffie@scottwagnerlaw.com and mail@scottwagnerlaw.com via transmission of Notices of Electronic Filing generated by CM/ECF.

> THE SCHOOL BOARD OF PALM BEACH
> COUNTY, FLORIDA
> JulieAnn Rico, General Counsel
> Office of the General Counsel
> Post Office Box 19239
> West Palm Beach, FL  33416-9239
> Telephone: (561) 434-8750
> Facsimile:  (561) 434-8105
>
> By:  /s/ Jean Marie Middleton
> JEAN MARIE MIDDLETON
> Florida Bar No.: 147532
> jean.middleton@palmbeachschools.org
> vericcia.mccreary@palmbeachschools.org
> tish.pickens@palmbeachschools.org